March 29, 1993 [NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 91-2341

THOMAS G. HODGETTS,

Plaintiff, Appellant,

v.

COMMUNITY COLLEGE OF RHODE ISLAND,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Raymond J. Pettine, Senior U.S. District Judge]
 

Before

Breyer, Chief Judge,

Torruella and Cyr, Circuit Judges.
 

Thomas G. Hodgetts on brief pro se.

James E. O'Neil, Attorney General, and James R. Lee, Special
 
Assistant Attorney General, on brief for appellee.

Per Curiam. We have reviewed the record on appeal

and conclude that the district court did not abuse its

discretion in entering the contempt finding. See Mass.
 

Association of Older Americans v. Commissioner of Public
 

Welfare, 803 F.2d 35, 38 (1st Cir. 1986); AMF Inc. v. Jewett,
 

711 F.2d 1096, 1101 (1st Cir. 1983). Accordingly, the order

holding appellant in contempt and enjoining appellant from

further picketing is affirmed.

-2-
2